UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:15-00147 |
| | ) | Chief Judge Sharp |
| MARTEZ PARHAM | ) | |

### MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S PENDING MOTIONS

COMES NOW the United States of America, by and through the undersigned Assistant United States Attorney, and respectfully requests an extension of one month to respond to the defendant Parham's numerous pending motions before the Court.

In support of this motion, the undersigned submits the government is in the process of reviewing said motions and needs additional time to formulate appropriate responses to each motion. The government submits that the trial date is now August 30, 2016. Therefore, the undersigned requests an extension of one month, to file responses to the defendant Parham's motions pending before the Court.

Respectfully submitted,

DAVID RIVERA
Acting United States Attorney for the
Middle District of Tennessee

*s/ Sunny A.M. Koshy*
SUNNY A.M. KOSHY
Assistant U. S. Attorney
110 9th Avenue South, Suite A-96l
Nashville, Tennessee 37203
(615)736-5151